CA 07-329 ML H.

**PETITION UNDER 28 USC SECTION 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

---

**UNITED STATES DISTRICT COURT** **DISTRICT OF RHODE ISLAND**

---

MARCOS RODRIGUEZ Prisoner No. INTAKE MOD E-212 [illegible]-B, 111 006

---

SUPREME COURT CASE NO. 2004-190-C.A.
SUPERIOR COURT CASE NO. P1/00-2232A

---

PLACE OF CONFINEMENT: INTAKE CENTER, CRANSTON, RHODE ISLAND

---

MARCOS RODRIGUEZ V. DAVID MCCAULEY, WARDEN AND THE STATE OF RHODE ISLAND

---

THE ATTORNEY GENERAL OF THE STATE OF RHODE ISLAND

---

**PETITION**

1. Names and location of Courts: Supreme Court of the State of Rhode Island and the Superior Court of the State of Rhode Island, both at 250 Benefit Street, Providence, Rhode Island

2. Date of Conviction: No conviction

3. Length of: Not Applicable

4. Nature of Offense involved: Two counts, Kidnapping with Intent to Extort and Conspiracy to Commit Kidnapping, See Exhibit A, pending indictment

5. What was your plea? Not Guilty

6. If you pleaded not guilty, what kind of trial did you have? No trial as yet.

7. Did you testify at the trial: Not applicable

8. Did you appeal from the judgment of conviction? I have filed an appeal from a pre-trial order denying my motion to dismiss on the grounds of double jeopardy.

9. Name of Court: Supreme Court of the State of Rhode Island
Result? My appeal was denied
Date of result: March 8, 2007 The opinion is attached as Exhibit B
Grounds raised: Double Jeopardy,
I have not filed a petition for certiorari in the United States Supreme Court.

10. Have you previously filed any motion? Yes

11. Prior to the appeal, I filed a motion to dismiss on the grounds of double jeopardy in the Superior Court of the State of Rhode Island. I received an evidentiary hearing. The motion was denied on February 3, 2004. I then perfected my appeal to the Supreme Court of the State of Rhode Island.

12. Ground One: Violation of Fifth Amendment to the United States Constitution to be protected against double jeopardy.

Ground Two: Violation of Article I, Section 7of the Rhode Island Constitution to be protected against double jeopardy.

Ground Three: Violation of Fourteenth Amendment to the United States Constitution, deprived of Due Process of Law

Ground Four: Violation of Article I, Section 10 of the Rhode Island Constitution, deprived of due process of law.

## SUMMARY OF SUPPORTING FACTS

On or about May 23, 1999, Ricardo Gomez was kidnapped in Rhode Island. Two days later his remains were found under the Whitestone Bride in the Bronx, New York. Police officials in New York and Rhode Island identified two alleged perpetrators, your Petitioner, Marcos Rodriguez and Edward Pozo. Both defendants were arrested in the State of New York.

The Attorney General for the State of Rhode Island made an extradition request for Edward Pozo. No request was filed for the extradition of Marcos Rodriguez.

The Grand Jury in the State of Rhode Island returned the instant indictment (Exhibit A). This indictment did not charge Marcos Rodriguez with the crime of murder.

The Grand Jury in the State of New York returned an indictment against Petitioner, Marcos Rodriguez, charging felony murder. The underlying felony was the kidnapping in the State of Rhode Island. This indictment did not charge Marcos Rodriguez with the substantive crime of kidnapping.

The Grand Jury in each state considered the evidence during the same time period and each indictment was filed at approximately the same time.

In December 2001, Petitioner was tried and convicted in New York of second-degree felony murder and was sentenced to serve twenty-five years to life. Under the Interstate Agreement on Detainers Act, your Petitioner was subsequently brought to Rhode Island to be tried for the underlying act of kidnapping.

Petitioner moved, under Rule 12(b)(2) of the Superior Court Rules of Criminal Procedure to dismiss the indictment on double jeopardy grounds.

An evidentiary hearing was held on January 30, 2004 and February 3, 2004. An order denying defendant's motion was entered on April 18, 2005. A copy of that order is attached as Exhibit C.

The defendant moved the Supreme Court of the State of Rhode Island to stay his criminal trial pending appeal. That motion was granted on April 28, 2005.

On or about March 8, 2007, the Supreme Court of the State of Rhode Island denied Petitioner's appeal. (See Exhibit B).

13. The grounds stated above were presented.

14. Currently, I do not have any pending petitions or appeals, either state or federal.

15. At all stages, I was represented by Raymond Sussman, who was admitted pro hac vice. He is a New York attorney. His current address is 4523 Avenue H, Brooklyn, New York 11234. I anticipate he will move this court to represent me, pro hac vice.

16. I have not been sentenced in the State of Rhode Island.

17. I am presently serving a sentence of 25 years to life in the State of New York for the same offense. The Supreme Court of the State of New York, Bronx County imposed that sentence in December 2001. I hope to file a petition attacking that judgment in the future when I return to New York. I am currently in Rhode Island pursuant to the Interstate Agreement on Detainers Act.

**WHEREFORE**, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

Raymond S. Sussman
Attorney

I declare under penalty of perjury that the foregoing is true and correct. Executed on:

August 30th, 2007

Marcos Rodriguez